**No. 60794.**—W. A. Taylor & Co. v. United States, protest 231715–K (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass decanters, wholly or in chief value of glass, blown or partly blown, in the mold or otherwise, cut or engraved, valued at $3 or more each, the claim of the plaintiff was sustained.